UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  HONORABLE PAUL L. MALONEY

v.

                                  Case No. 1:10-cr-56

KYLE R. BAKER and
RICKE DSHAWN HOLLEY,

        Defendants.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendants' motion for ends of justice continuance of the final pretrial presently scheduled for June 4, 2010 and trial scheduled for June 8, 2010. The basis of the Defendants' motion is that additional time is necessary to complete their own investigation of the evidence in this case. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **July 23, 2010 at 2:00 p.m.** Jury trial is rescheduled to **August 3, 2010 at 8:45 a.m.**

Dated: May 27, 2010                                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District Judge